# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH                                                824 MARKET STREET
                                                                   WILMINGTON, DE 19801
                                                                      (302) 252-2925

May 19, 2008

Michael A. Sitzman
Gibson, Dunn & Crutcher LLP
One Montgomery Street
San Francisco, CA 94104

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Counsel to Cadence Design Systems, Inc.

Donna L. Harris
Pinckney & Harris, LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801

Counsel to the Trustee

Rafael X. Zahralddin-Aravena
Elliott Greenleaf
1000 West Street
Suite 1440
Wilmington, DE 19801

Counsel to the Ammocore Board

**Re:  Ammocore Technology, Inc.
      Case No. 06-10318**

Dear Counsel:

This is with respect to the certification of counsel (Doc. # 212) regarding the final form of the settlement order.

In addition to amending the "release" wording, my recollection is that we also talked about Cadence agreeing to cooperate with the Trustee's IP expert. Specifically, I stated that it occurred to me that any IT expert retained by the Trustee may wish to discuss with Cadence people what they did or attempted to do with the Ammocore IP. In response, Mr. Sitzman stated that Cadence would commit to cooperating with the Trustee's expert to facilitate the Trustee's efforts in marketing the IP. I do not find that commitment in the settlement agreement or the order.

In order to quickly conclude this matter, I would be content to have Mr. Sitzman make that commitment to the Trustee in the form of a letter. Alternatively, we could order a transcript of the May 2, 2008 hearing where that commitment was stated on the record.

Please advise.

> Very truly yours,
>
> Peter J. Walsh

PJW:ipm